UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 APR -8  P 3: 53

BY DEPUTY CLERK

| | | |
|---|---|---|
| OTTO KILBORNE AND LINDA KILBORNE | * | CIVIL ACTION NO. 06-852-JJB-DLD |
| VERSUS | * | JUDGE BRADY |
| WILLIE E. MAYBERRY, FOREST PRODUCTS TRANSPORTS, INC., AND SENTRY SELECT INSURANCE COMPANY | * | MAGISTRATE JUDGE DALBY |

**************************************************************************************************

**FINAL JUDGMENT OF DISMISSAL**

IT IS ORDERED, ADJUDGED AND DECREED that all claims, demands, and causes of

action of plaintiffs, Otto Kilborne and Linda Kilborne and of the Intervenor Louisiana Workers'

Compensation Corporation as against defendants, Willie Mayberry, Forest Products Transports,

Inc. and Sentry Select Insurance Company, herein be and are hereby dismissed with full

prejudice to the rights of plaintiffs as against these defendants.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the defendants are to bear

court costs.

Signed this _____ day of  April, 2008 at Baton Rouge, Louisiana.

DISTRICT JUDGE
JAMES J. BRADY